| **David Leit** | 1251 Avenue of the Americas |
|---|---|
| Partner | New York, New York 10020 |

**T**:  973 597 2340
**F**:  973 597 2341
**E**:  dleit@lowenstein.com

June 8, 2018

**VIA E.C.F.**

Honorable Judge William F. Kuntz, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   Biglang-Awa v. L.K. Bennett U.S.A., Inc.
      Case No. 2:18-cv-02892

Dear Judge Kuntz:

We have just been retained to represent the Defendant in the above-referenced matter in which an answer or responsive pleading is due on Tuesday, June 12, 2018.

We respectfully request a 30-day extension of time to answer or otherwise move.  This is our first request for an extension.  We contacted plaintiff's counsel today and learned that the plaintiff's attorney assigned to this matter is out of the office.  We then contacted his paralegal to make our request for an extension of time but did not receive a response.  There is no scheduling order in this matter and our request does not affect any other scheduled dates.

To assist the Court, we have enclosed a proposed form of Order.  We thank the Court for its anticipated courtesies in granting defendant's request for an extension.

Respectfully submitted,

/s/  David Leit
David Leit


cc:    Javier L. Merino, Esq.