

Illinois | New Jersey | New York | Ohio | Oregon

Javier L. Merino
Direct Dial: 201-355-3440
Facsimile: 216-373-0536
Email: JMerino@DannLaw.com

July 12, 2018

Honorable Judge William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Filed electronically on ECF*

Re: Biglang-Awa v. L.K. Bennett U.S.A., Inc. Case No 1:18-cv-02892

Dear Judge Kuntz:

      Please accept this letter as notification that the parties have reached a settlement in principle relative to the above matter. The parties respectfully request that the Court stay all deadlines and the initial conference for 30 days. Upon execution of the Agreement, the parties will submit a joint stipulation of settlement and dismissal.

Sincerely,

/s/ Javier L. Merino, Esq.
*Attorney for Plaintiff*

cc: All parties via ECF

---

Mailing Address
PO Box 6031040
Cleveland, Ohio 44103

Writer's Office Location
1 Meadowlands Plaza, Suite 200
East Rutherford, New Jersey 07071

DannLaw.com
[877] 475-8100

*Attorney Javier L. Merino is responsible for the DannLaw firm's New Jersey Practice*