

Case 1:18-cv-02892-WFK-CLP Document 11 Filed 07/20/18 Page 1 of 1 PageID #: 49

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 20 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEILA BIGLANG-AWA, an individual, ) | Case No. 1:18-cv-02892 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE WILLIAM F. KUNTZ |
| vs. ) | |
| ) | |
| L.K. BENNETT U.S.A. INC., a Delaware ) | |
| Corporation ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedures, Plaintiff Sheila Biglang-Awa, by and through her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against L.K. Bennett U.S.A., Inc.

Dated: July 18, 2018

*Respectfully submitted,*

/s/ Javier L. Merino
Javier L. Merino, Esq.
DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
jmerino@dannlaw.com
DisabilityNotices@dannlaw.com
(201) 355-3440- Direct
(216) 373-0539- Main
(216) 373-0536- Fax
*Counsel of Record for Plaintiff*

The application is ✓ granted.
SO ORDERED )         denied.

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: July 19, 2018
Brooklyn, New York